IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| JAMES COLEMAN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:16-cv-00353-TFM |
| COMCAST CORPORATION, | ) |
| Defendant. | ) |

**STIPULATED ORDER**

On May 20, 2016, Defendant Comcast Corporation ("Defendant") filed a Motion to Compel Arbitration and Stay Litigation (ECF No. 8). Plaintiff James Coleman ("Plaintiff") has notified the Court that he has reviewed and agreed to the entry of an order granting the Motion. Based on the stipulation of the parties and for other good cause shown,

**IT IS ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff is hereby compelled to comply with the terms of his arbitration agreement; and

**IT IS FURTHER ORDERED** that this action is **STAYED** in its entirety pending the final conclusion of any individual arbitration between Plaintiff and Defendant.

**IT IS SO ORDERED** this _____ day of _____, 2016.

_____
HON. TERRENCE F. MCVERRY

APPROVED:

/s/ Craig T. Kimmel
Craig T. Kimmel
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
kimmel@creditlaw.com

Attorneys for Plaintiff

/s/ Maria L. H. Lewis
Maria L. H. Lewis
Maria L. H. Lewis (PA Id. No. 81307)
Maria.Lewis@dbr.com
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA  19103-6996
Telephone:  (215) 988-2700
Fax:  (215) 988-2757

Of Counsel:
Michael W. McTigue Jr. (PA Id. No. 69548)
Michael.McTigue@dbr.com
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA  19103-6996
Telephone:  (215) 988-2700
Fax:  (215) 988-2757

Attorneys for Defendant