# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES COLEMAN, ) | |
| ) | |
| Plaintiff, ) | **Case No.: 2:16-cv-00353-TFM** |
| v. ) | |
| ) | |
| COMCAST CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION TO DISMISS**

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| /s/*Maria L.H. Lewis* | By:*/s/ Craig Thor Kimmel* |
| Maria L.H. Lewis, Esq | Craig Thor Kimmel |
| Drinker Biddle & Reath LLP | Kimmel & Silverman, P.C. |
| One Logan Square, Suite 2000 | 30 E. Butler Pike |
| Philadelphia, PA 19103-6996 | Ambler, PA 19002 |
| Telephone: (215) 988-2700 | Phone: (215) 540-8888 |
| Fax: (215) 988-2757 | Fax: (877) 788-2864 |
| maria.lewis@dbr.com | kimmel@creditlaw.com |

## Certificate of Service

  I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 24nd day of April, 2017:

  Maria L.H. Lewis, Esq.
  Maria.Lewis@dbr.com
  Drinker Biddle & Reath LLP
  One Logan Square, Suite 2000
  Philadelphia, PA 19103-6996
  *Attorney for Defendant*

            By: */s/ Craig Thor Kimmel*
              CRAIG THOR KIMMEL
              Kimmel & Silverman, P.C.
              30 E. Butler Pike
              Ambler, PA 19002
              Phone: (215) 540-8888
              Fax: (877) 788-2864
              Email:   kimmel@creditlaw.com
              Attorney for the Plaintiff